IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **W.T. HUNT, JR.,** | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 06-00227-KD-B |
| **MOBILE COUNTY POLICE DEPT.,** | : |
| *et al*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that Defendant Mobile County Police Department be **DISMISSED** from this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) because the claims against it are frivolous.

**DONE** this 9th day of March 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**